IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIE C. SIMPSON,

    Plaintiff,

v.

GOV. SCOTT WALKER, GARY H. HAMBLIN, M.S. OLSEN, T. LE BRECK and W. BURNS,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-838-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case as barred under Preiser v. Rodriguez, 411 U.S. 475 (1973), and Heck v. Humphrey, 512 U.S. 477 (1994).

_____
Peter Oppeneer, Clerk of Court

3/6/12
Date