IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIE C. SIMPSON,

    Plaintiff,

v.

GOV. SCOTT WALKER,
GARY H. HAMBLIN, MOLLY S. OLSON,
TAD LE BRECK and WENDY G. BURNS,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-838-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff's motion for preliminary injunction and dismissing this case for plaintiff's failure to state a claim upon which relief may be granted.

_Peter Oppeneer_, Clerk of Court    11/30/12    Date