IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIE C. SIMPSON,

    Plaintiff,                       JUDGMENT IN A CIVIL CASE

v.                                            11-cv-838-bbc

GOV. SCOTT WALKER,
GARY H. HAMBLIN, MOLLY S. OLSON,
TAD LE BRECK and WENDY G. BURNS,

    Defendants.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff's motion for preliminary injunction and dismissing this case for plaintiff's failure to state a claim upon which relief may be granted.

    _Peter Oppeneer_                        11/30/12
    Peter Oppeneer, Clerk of Court             Date