IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIE C. SIMPSON,

    Plaintiff,                                    JUDGMENT IN A CIVIL CASE

v.                                               11-cv-838-bbc

GOV. SCOTT WALKER, GARY H. HAMBLIN,
M.S. OLSEN, T. LE BRECK and W. BURNS,

    Defendants.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff's motion for preliminary injunction; and granting summary judgment in favor of defendants Gov. Scott Walker, Gary H. Hamblin, M.S. Olsen, T. Le Breck and W. Burns and dismissing this case.

| /s/ | 4/2/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |